MORRIS H. WAAS *vs.* IGNATIUS G. ANDERSON.

Third Judicial District.

Submitted on briefs June 13th—decided July 14th, 1905.

ACTION upon a contract of indemnity, brought to the District Court of Waterbury and tried to the court, *Cowell, J.;* facts found and judgment rendered for the plaintiff for $450 damages, and appeal by the defendant.   *No error.*

*Ulysses G. Church,* for the appellant (defendant).

*Charles G. Root,* for the appellee (plaintiff).

Opinion filed with the clerk of the District Court of Waterbury.